## Commonwealth *v.* Simpson, Appellant.

Before CHERRY, P. J.

Submitted September 11, 1975. *Barry P. Tumpson,* for appellant; *William C. Kriner,* Assistant District Attorney, and *Richard A. Bell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sinwell, Appellant.

Before MEYER, J.

Submitted June 9, 1975. *Joseph M. Hill, Jr.,* for appellant; *David J. Brightbill,* Assistant District Attorney, and *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smarsh, Appellant.

Before EPPINGER, P. J.

Submitted March 10, 1975. *William F. Kaminski,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.